UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
ADMI INC, TARSIN MOBILE INC., BY THEIR :
CEO, JOSEPH R. CELLURA AND JOSEPH R. :
CELLURA, INDIVIDUALLY, :
                                                :      22-CV-9339 (ALC)
                            **Plaintiff,** :
                                                :      <u>**ORDER**</u>
      -against- :
                                                    :
ALLEN D. MOYER AND ADMI INCORPORATED, :
                                                  :
                            **Defendant.** :
                                                    :
-------------------------------------------------------------------- :
                                                    x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Plaintiffs' motion for a Temporary Restraining Order and request for a Preliminary Injunction Hearing. ECF No. 9. **Plaintiffs' motion for a Temporary Restraining Order is DENIED, but their request for a Preliminary Injunction Hearing is GRANTED.**

       **The Preliminary Injunction Hearing will be held telephonically on Thursday, Nov. 3, 2022 at 3pm EST.** All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

       Plaintiffs are ordered to serve notice of the Preliminary Injunction Hearing by Monday, Nov. 7, 2022 at 9am EST. Defendants are then ordered to respond by Nov. 9, 2022 at 5pm EST.

**SO ORDERED.**

Dated:     **New York, New York**
                **November 4, 2022**

                                                                             **ANDREW L. CARTER, JR.**
                                                                             **United States District Judge**