# Law Office of
## Douglas R. Dollinger, P.C.
### & Associates, Counselors at Law

*Admitted to Both*
*State and Federal Practice*

**Telephone**
845.741.9363

**Affiliated Offices**
San Diego California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

November 7, 2022

United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
E-mail: ALCarterNYSDChambers@nysd.uscourts.gov

Re: **Tarsin et al vs. Moyer et al No: 22-9339**

Your Honor:

I am in receipt of the Court's Amended Order of November 7, 2022 (DE11), granting a hearing on the issue of Preliminary Injunction. The Court's order direct service of process by 9: am today November 7, 2022.

The original order was issued on Friday late in the day and the process server was unable to make service. The process server is on standby and will complete service today by 3:00PM PST.

I am requesting an enlargement of time for service to needed 3:00 PM PST.

Thank you for your attention.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg