*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*
*Admitted to Both*
*State and Federal Practice*

*Telephone*
845.741.9363

*Affiliated Offices*
San Diego California
New York City New York

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

November 30, 2022

United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
E-mail: ALCarterNYSDChambers@nysd.uscourts.gov

Re: **Tarsin et al vs. Moyer et al  No: 22-9339**

Your Honor:

Supplemental to the ex-parte Motion for Email Service attach are copies of two affidavits of service to Defendant Moyer's last place of work and his home. I am advised there were additional attempts at service, including over the past several days without success, but the process server has not yet responded.

Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg