| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Douglas R Dollinger, SBN: 2354926<br>Tarsin Mobile Inc<br>699 Hampshire Rd, Ste 217<br>Westlake Village, CA 91361<br>TELEPHONE No.: (408) 898-6191 | E-MAIL ADDRESS (Optional): Mike@tarsinmobile.com<br>FAX No. (Optional): | |
| Attorney for: ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and JOSEPH R. CELLURA, Individually, | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES DISTRICT COURT - FOR THE SOUTHERN DISTRICT OF NEW YORK

Plaintiff: ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and
   JOSEPH R. CELLURA, Individually,

Defendant: ALLEN D. MOYER and ADMI INCORPORATED,

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:22-cv-09339-ALC |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ALLEN D. MOYER and ADMI INCORPORATED,**

Documents: Order, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A HEARING GRANTING THEM PRELIMINARY INJUNCTION, PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A HEARING GRANTING A PRELIMINARY INJUNCTION, Declaration of Joseph R. Cellura in Support of the Motion for a Temporary Restraining Order and Hearing for Preliminary Injunction & Civil Complaint;

| Date | Time | Results |
|---|---|---|
| 11/7/2022 | 11:28 AM<br>Location: | Door locked - Ellenor Rios<br>18525 Sutter Blvd, Ste 290,  Morgan Hill, CA 95037 |
| 11/7/2022 | 11:51 AM<br>Location: | Door Locked - Ellenor Rios<br>18525 Sutter Blvd, Ste 290,  Morgan Hill, CA 95037 |
| 11/7/2022 | 12:04 PM<br>Location: | Attemtped at Ste 180 that is Melton Acupuncture - Ellenor Rios<br>18525 Sutter Blvd, Ste 290,  Morgan Hill, CA 95037 |
| 11/7/2022 | 12:08 PM<br>Location: | door locked - Ellenor Rios<br>18525 Sutter Blvd, Ste 290,  Morgan Hill, CA 95037 |
| 11/7/2022 | 12:12 PM<br>Location: | Door Locked - Ellenor Rios<br>18525 Sutter Blvd, Ste 290,  Morgan Hill, CA 95037 |

Fee for Service: **$ .00**
   County: **San Mateo County**
   Registration No.: **984**
   **PROCESS SERVER ONE**
   **555 ANTON BLVD STE 150**
   **COSTA MESA, CA 92626**
   **(855) 545-1303**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 11, 2022.

Signature: _____
   **Ellenor Rios**

**NON SERVICE REPORT**

Exhibit "B"

Order#: 21383