| | | FOR COURT USE ONLY |
|---|---|---|
| Attorney or Party without Attorney: Douglas R Dollinger, SBN: 2354926<br>Tarsin Mobile Inc<br>699 Hampshire Rd, Ste 217<br>Westlake Village, CA 91361<br>TELEPHONE No.: (408) 898-6191 | E-MAIL ADDRESS (Optional): Mike@tarsinmobile.com<br>FAX No. (Optional): | |
| Attorney for: ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and JOSEPH R. CELLURA, Individually, | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - FOR THE SOUTHERN DISTRICT OF NEW YORK

Plaintiff: ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and JOSEPH R. CELLURA, Individually,

Defendant: ALLEN D. MOYER and ADMI INCORPORATED,

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 1:22-cv-09339-ALC |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ALLEN D. MOYER and ADMI INCORPORATED,**

Documents: Order, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A HEARING GRANTING THEM PRELIMINARY INJUNCTION, PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A HEARING GRANTING A PRELIMINARY INJUNCTION, Declaration of Joseph R. Cellura in Support of the Motion for a Temporary Restraining Order and Hearing for Preliminary Injunction & Civil Complaint;

| Date | Time | Results |
|---|---|---|
| 11/19/2022 | 3:27 PM | No answer call box, this is a gated residence, that is a mansion, no vehicles visible, so as to be able to gain plate numbers - Ellenor Rios |
| | Location: | 12300 Highland Estates Lane, San Martin, CA 95046 |
| 11/21/2022 | 9:11 AM | No answer call box, no vehicles visible from the gate - Ellenor Rios |
| | Location: | 12300 Highland Estates Lane, San Martin, CA 95046 |
| 11/22/2022 | 8:32 PM | No answer call box, no access to the residence, no cars visible, house is dark - Ellenor Rios |
| | Location: | 12300 Highland Estates Lane, San Martin, CA 95046 |

Fee for Service: $ .00
County: San Mateo County
Registration No.: 984
**PROCESS SERVER ONE
555 ANTON BLVD STE 150
COSTA MESA, CA 92626
(855) 545-1303**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 23, 2022.

Signature: _____
**Ellenor Rios**

**NON SERVICE REPORT**
Exhibit "B"

Order#: 21573