UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADMI INCORPORATED, TARSIN
MOBILE INC., and JOSEPH R. CELLURA,

                 Plaintiffs,                1:22-cv-09339 (ALC)

    -against-                      **ORDER TO SHOW CAUSE**

ALLEN D. MOYER, and ADMI INC.,

                Defendants.
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., District Judge:**

On July 31, 2023, Plaintiffs ADMI Incorporated, Tarsin Mobile Inc., and Joseph R. Cellura filed a motion to enjoin Defendants Allen D. Moyer and ADMI Inc.'s prosecution of a subsequently filed action and order directing Defendants to file their answer or a motion. Defendants have not filed a response. Defendants are **ORDERED TO SHOW CAUSE** as to why the motion should not be deemed unopposed. Such showing should be made by filing a written response to this Order by **August 31, 2023**.

**SO ORDERED.**

**Dated: August 23, 2023**
      New York, New York                      **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**