UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADMI INCORPORATED, TARSIN MOBILE INC., and JOSEPH R. CELLURA,

                 Plaintiffs,

-against-

ALLEN D. MOYER, and ADMI INC.,

                 Defendants.
-----------------------------------------------------------X

1:22-cv-09339 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' letter dated September 13, 2023, ECF No. 52, stating its intent to move to dismiss. The Court previously held the pending motion to dismiss, ECF No. 41, in abeyance, ECF No. 45, pending the filing of Plaintiffs' First Amended Complaint, ECF No. 48. Defendants do not wish to amend their motion to dismiss. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

    Opposition to Motion to Dismiss:    October 2, 2023

    Reply to Opposition:    October 9, 2023

The Court declines to grant Defendants' request for an oral argument at this time.

**SO ORDERED.**

**Dated: September 18, 2023**
      New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**