UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and JOSEPH R. CELLURA, Individually,<br><br>       Plaintiffs,<br>VS.<br><br>ALLEN D. MOYER, ADMI INCORPORATED, AND DOES 1-2,<br>       Defendants. | Case No.22-9339/ALC<br><br>**Plaintiffs' Cross Motion Fed R. Civ. P. 4(m) and for Judicial Discovery of Personal Jurisdiction and Venue Fed R. Civ P. 13(a).** |

  **COMES NOW** Plaintiffs, ADMI INC., TARSIN MOBILE INC., and JOSEPH R. CELLURA by and through the Law Offices of Douglas R. Dollinger, PC, Counsel of Record in Response to the above-named Defendants ALLEN D. MOYER ADMI INCORPORATE and DOES 1-2, to their Motion for Dismissal pursuant to Fed. R. Civ. P 12(b)(2) & 12(b)(5) and for Plaintiffs' Cross Motion to Enlarge the Time to Serve Process for Good Cause pursuant to Fed R. Civ. P. 4(m) & LR-6; For Jurisdictional Discovery on the question of Venue and under the First-Filed-Rule pursuant Fed. R. Civ. P. 13(a) in response to their action filed in the Northern District of California **(23-cv-03004-SVK.)** after Plaintiff's Complaint was filed before this Court, and to the subsequent amendment of their Summons and Complaint. **(Dkt-5, 27-2, 48).**

Dated: September 25, 2023

            *Douglas R. Dollinger, Esq.*
            Douglas R. Dollinger, Esq. 5922
            Law Offices of Douglas R. Dollinger, PC
            570 County Rt 49
            Middletown, New York 10940
            Phone | 845.741.9363
            Email ddollingeresq@gmail.com
            Attorney for Plaintiffs