# Exhibit "C"

**From:** Allen Moyer <amoyer@admii.com>
**Date:** February 13, 2020 at 8:00:39 AM PST
**To:** Joseph Cellura <joe@ep5.com>
**Cc:** Mark Melchiori <mmelchiori@admii.com>
**Subject: ADMI/Authentic Brands Introduction**

Joe, As discussed, should your time permit, I would truly appreciate the opportunity to introduce ADMI to Authentic Brands.

ADMI provides Program and Project Management, Owners Representative Services for the Design, Construction, Facilities Management of Commercial Real Estate for Retail, Entertainment and Hospitality, specializing in the guest experience, from concept to reality. We have assisted many Fortune 100 clients in the development of their Brick & Mortar Retail Initiatives including Disney, Apple, Microsoft, Universal, Align, Sony, Tiffany's just to name a few of the many we have assisted.

Please visit ADMI's website: https://admii.com/

**Allen D. Moyer**
ADMI, Inc.
18525 Sutter Blvd., Ste 290
Morgan Hill, CA 95037
ofc: (408) 776-0060
cell: (408) 461-1279
fax: (408) 776-0066
http://www.admii.com

Confidential Property. © 2016 ADMI, Inc.  All rights reserved.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

All Inclusive ADMI Marketing Deck 2018.pdf