# Exhibit "E"

Begin forwarded message:

**From:** Allen Moyer <amoyer@admii.com>
**Subject: You never called, please find the following  Date:** October 25, 2022 at 6:15:57 PM PDT
**To:** Michael Ghiselli <mike@siresorts.com>

Mike, Please provide an update immediately! You were suppose to call today and forward a term sheet, neither of which occurred. Since neither has occurred, I have been asked to share the attached draft of a letter my attorneys intend to send concurrent with the filing of our compliant if we are unable to reach agreement in the next several days

**Allen D. Moyer**
ADMI, Inc.
18525 Sutter Blvd., Ste 290  Morgan Hill, CA 95037
ofc: (408) 776-0060
cell: (408) 461-1279
fax: (408) 776-0066
http://www.admii.com

Confidential Property. © 2020 ADMI, Inc.  All rights reserved.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake  and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.