# Exhibit "F"

Sent from my iPhone

Begin forwarded message:

**From:** Allen Moyer <amoyer@admii.com>
**Date:** October 25, 2022 at 11:26:33 PM CDT
**To:** Michael Ghiselli <mike@siresorts.com>
**Subject: Re: You never called, please find the following**


Thank you Mike, happy to discuss, we continue to miss the point you and your associates stole ADMI brand as noted in the letter forwarded that my attorney intend on forwarding as noted. Please find the attached for discussion tomorrow which is consistent with prior discussions. I am available
tomorrow at 8:15 am


**Allen D. Moyer**
ADMI, Inc.
18525 Sutter Blvd., Ste 290
Morgan Hill, CA 95037
ofc: (408) 776-0060
cell: (408) 461-1279
fax: (408) 776-0066
http://www.admii.com

Confidential Property. © 2020 ADMI, Inc.  All rights reserved.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.