# Exhibit "C"



Hello,

A service attempt has been performed for **ADMI INC. c/o ALLEN MOYER**.

> **Reference ID:** REF-13546877
> **Case #:** 1:22-cv-09339
> **Your Process Server:** Douglas Henry
> **Date / Time:** August 29 2023 10:02 AM
> **Address:** 18525 Sutter Boulevard ste 290, Morgan Hill, CA 95037
> **Outcome:** I spoke with an individual who identified themselves as the employee and they stated subject unknown.

Stay up to date on the status of your order. Review the details of the attempt on the Case Details page. Your process server will continue to make attempts until diligence is met.

Stay up to date on the status of your order. Sign in to your account to send us a message, view recent updates, and access photos and documents.

We appreciate your business.

Thank you,
ABC Legal Team

ABC Legal Services, 633 Yesler Way Seattle, WA 98104
(206) 521-9000 | This is a transactional email.

Manage your **email notifications** from your profile settings.