## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon:

    Khouri Law Firm, APC
    101 Pacifica, Suite 380
    Irvine, California 92618
    Email: mkhouri@khourilaw.com
    Email: ctrainer@knourilaw.com
    Email: vpolyakov@Khourilaw.com

    The Attorneys for the Defendants were served via the Court's ECF System and by electronic email service at the email addresses identified by them with service occurring on September 25, 2023.

_____
Douglas R. Dollinger, Esq.