# Exhibit "B"





## DELIVERING YOUR STRATEGIC VISION



# THE ADMI FOCUS

## ADMI, INC. DELIVERS YOUR STRATEGIC VISION…

ADMI SPECIALIZES IN ADVISING AND MANAGING ALL FACETS OF REAL ESTATE DEVELOPMENT'S CREATIVE DEVELOPMENT, DESIGN, CONSTRUCTION AND PROJECT MANAGEMENT ACROSS THE GLOBE.  WE SPECIALIZE IN THE GUEST EXPERIENCE.

- ADMI begins by helping our clients establish their vision, goals and objectives. Once the overall strategy has been determined, we assist in creative development and prepare a project implementation plan, a milestone schedule for delivery of all services, all internal and external approvals, design releases and selection of contractors and their commitments.

- ADMI works on behalf of property owners, investors and lenders as their project and construction management representative.

- ADMI controls the fixed costs of development staff while managing the design and construction teams to oversee design, construction, schedule and budget.

- ADMI specializes in administering multiple concurrent projects across wide geographies providing unparalleled team synergy, accessibility, project accountability, and financial/status reporting.

- ADMI is a strategic Program and Project Management resource participating with owners and operators worldwide.







| Space Mountain, Discoveryland Disneyland Paris | Blizzard Beach Disneyworld, Orlando | CityWalk Universal Studios, Orlando |

ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2017



WHO WE ARE

## ADMI PERFORMS THE ROLE OF OWNER'S REPRESENTATIVE

We do not self-perform design or construction services, but rather we offer *effective management* to integrate and optimize the performance of these services.

ADMI minimizes our client's need for additional internal resources without creating a conflict of interest with large design or construction firms.

The ADMI mission, while simple, is essential to the success of our work. We strive to:

- *Apply our proven talent to successfully achieve your goals*
- *Ensure quality goals are met without sacrificing schedule or budget*
- *Plan, build and control projects to meet or exceed project performance objectives*
- *Provide services that result in the completion of projects that have distinctive, lasting value and enhance your brand*
- *Deliver our services with professionalism, integrity and value*
- *Looking out for your interests is the driving philosophy behind everything we do. We have the energy, experience and creative drive to implement ideas that work.*

**We are the strategic Program and Project Management resource for our Clients.**





## THE ADMI DIFFERENCE

## UNPARALLELED EXPERIENCE, PROVEN CAPABILITY, PRACTICED METHODOLOGY

**WE ARE TESTED PROFESSIONALS, ACCUSTOMED TO ANTICIPATING AND MEETING PROJECT CHALLENGES**. We understand that our purpose is to work with you, and for you, to create compelling assets of enduring value.

### DELIVER YOUR VISION
Our objective is to understand, embrace, and represent Your vision, then build an enthusiastic staff committed to deliver it.

### FOCUS ON THE GUEST EXPERIENCE
We understand how the power of story and place-making creates memorable experiences for your guests.

### PROTECT YOUR BRAND
As representatives of the owner's vision, our responsibility is to protect the design and brand, not just build.

### UNIQUE EXPERTISE
ADMI, Inc. has deep experience in retail, entertainment, & hospitality. Having been Owners, we know how to represent Owners.

### FLAWLESS QUALITY
We maintain best practices and processes in order to deliver an exceptional product. Our goal is to exceed your expectations.

### ON SCHEDULE
Careful planning, committed staff, and clear communication drives meeting project milestones.

### ON BUDGET
Empirical estimates, realistic budgets, and disciplined cost control.

### PROACTIVE RESPONSIVENESS
We are organized and managed to respond quickly. The ADMI, Inc. Team adapts to evolving designs, business models, and site conditions.

### LONG-TERM RELATIONSHIPS
We build long-term relationships with our clients and partners. Our goal is to extend our relationship into future projects together.

### INTEGRITY
Success is honorably achieved for all stakeholders. Fairness and accountability are the cornerstones of everything we do.








## ADMI'S CREATIVE APPROACH

ADMI ASSISTS OWNERS AND OPERATORS IN THE **_CREATIVE EXECUTION_** OF THEIR REAL ESTATE PROJECTS THROUGH OUR DISCIPLINED, MANAGEMENT APPROACH.

We begin our service by helping you establish project goals and objectives. Once the overall strategy has been determined, we assist in scope development, and prepare a project implementation plan, a milestone schedule for delivery of all services, all internal and external approvals, design releases, selection of contractors and their commitments.

ADMI'S COMPREHENSIVE RANGE OF SERVICES INCLUDES THE FOLLOWING:

- PROGRAM/PROJECT MANAGEMENT
- CONSTRUCTION MANAGEMENT
- DESIGN/ENGINEERING MANAGEMENT
- ESTIMATING/BUDGET CONTROL
- PLANNING AND SCHEDULING

- PROCUREMENT MANAGEMENT
- VALUE ENGINEERING AND ANALYSIS\FACILITY MANAGEMENT & PLANNING
- COMPREHENSIVE INVENTORY & LOGISTICS MANAGEMENT
- COMPLEX, SOFTWARE BASED, VISUAL & NETWORK SYSTEMS MANAGEMENT





# CORE SERVICES

ADMI, INC. APPLIES ITS FULL CAPABILITIES TO EACH AND EVERY PROJECT THROUGH THE FOLLOWING SERVICES:

### VISIONING/STORY-TELLING
Create three dimensional interpretations of hallowed stories and traditions.  Translating histories and content into a 3D manifestation of a story for the most loved brands takes adherence and respect for the story, attention to detail and understanding of the emotions evoked across all the senses.

### CONCEPT DEVELOPMENT
Bring together a world class conceptual design team of script writers, high concept designers and illustrators that all share a keen appreciation for the **"Guest Experience"** and understand the value of inspired experiential elements throughout the built environment.

### PROGRAM/PROJECT MANAGEMENT
Provide creative, technical, and administrative expertise to develop a strategy planning and implementation.

### DESIGN/ENGINEERING MANAGEMENT
Convert concept design into scheme design, identifying the scope of design interfaces, economic analysis, site mater planning, facilities planning, technology evaluations, feasibilities studies, process and engineering.

### CONSTRUCTION MANAGEMENT
Provide full project management, purchasing, expediting, scheduling estimating, field supervision, quality and accounting functions**.**

### ESTIMATING/BUDGET CONTROL
Bring to the table seasoned estimators that will provide accurate, timely, and comprehensive quantity surveys and estimates regarding equipment needs, sequence of operations, crew size, and external factors and physical constraints on sites.

### PLANNING & SCHEDULING
Schedule evaluations to determine project activities, constraints, and likely variables for an organizational approach that details structural sequence, critical path components, and crucial milestone markers.

### PROCUREMENT MANAGEMENT
Provide full service procurement for our Client's in qualifying bidders, developing comprehensive RFP's, managing bidding process, and recommending the commercially lowest, technically acceptable bidder.



ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2017



## ADMI's PROJECTS REFLECT OUR VAST EXPERIENCE WITHIN THE *HOSPITALITY, THEMED RETAIL, COMMERCIAL, RESTAURANT,* AND *ENTERTAINMENT* MARKETS.

Collectively, our staff has completed projects worth over $25 billion in both domestic and international markets. We are organized to manage multiple projects concurrently. In the retail world, our work includes major store roll-outs for Sony, Apple, and Microsoft.

ADMI has established relationships with multiple reputable brands across the Hospitality Industry such as Wyndham, Hilton, Hyatt, Choice Hotel, Marriott, Starwood, and the Ritz Carlton.  Collectively, ADMI Executives have executed production of 179,750 hotel rooms both domestic and international.

Having been Owners ourselves, we understand our client's needs and are able to see the issues and challenges of a project through their eyes.



***ADMI has a complete understanding of Project and Program Management,
after a history of completed projects, from kiosks to kingdoms.***

ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2017



## ADMI Experience – Hospitality & Resorts











# ADMI EXPERIENCE – HOSPITALITY & RESORTS












# CURRENT HOSPITALITY COMPANY RELATIONSHIPS





















ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2015



## ADMI'S EXPERIENCE



**HILTON RESORTS**

Hampton Inn
Hampton Inn & Suites
Hilton Garden Inn
Homewood Suites

**MARRIOTT HOTELS**

Marriott Full Service &
Resorts
Fairfield Inn & Suites
Residence Inn
SpringHill Suites
TownePlace Suites
Courtyard

**SHERATON**

Sheraton Nashua
Sheraton Four Points

**WYNDHAM**

Wyndham Gardens
Wyndham Anatole

**WALT DISNEY**

Disney Cruise Ships
WDW Dolphin Hotel
WDW Swan Hotel
Disneyland Resort
Disneyland Bonita Tower
Grand California

# 89,000 KEYS

**MISC WORK**

The London NY
The London W Hollywood
The *Jumeirah* Essex, NY
Edison Hotel, FL
Tamarijin Beach Resort,
Aruba
Drax Hall, Jamaica
Harvey Hotels
Bristol Hotels
Bristol Suites

**IHG**

Holiday Inn
Holiday Inn Express

**STARWOOD RESORTS**

W Hotel New Orleans
W Hotel French Quarter
Westin Pasadena
Le Meridan Hotel
Westin South Coast
Plaza

Additional property scopes included public spaces, exterior building envelopes, landscaping and hardscapes.





# ADMI EXPERIENCE – THEMED ENTERTAINMENT










# ADMI EXPERIENCE – THEMED ENTERTAINMENT













ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2015



# ENTERTAINMENT COMPANY RELATIONSHIPS















## RETAIL PROGRAM MANAGEMENT

# THE ADMI TEAM HAS EXTENSIVE EXPERIENCE IN ESTABLISHING COMPELLING PLACES IN COMPLEX PUBLIC ENVIRONMENTS

Our projects have varied widely in size and include refined retail stores, lively restaurants, bustling vendor marketplaces, engaging entertainment venues, and large-scale visitor attractions. We have been owners, in some cases building from the ground up, and we have been on both sides of the tenant equation, representing lessors and lessees. We have managed projects in resort locations we controlled, but we have also built in complex, urban environments. And because our efforts extend worldwide, we are accustomed to accommodating local culture.

ADMI provided program and project management leadership to Sony Corp. for their Sony Center projects in San Francisco, Berlin, and Tokyo. These retail and entertainment centers included high-end shops, restaurants, cinema theaters, and special visitor attractions.

The care and individualized attention to detail and design extended from retail/entertainment spaces of 20,000 square feet down to Starbucks kiosks and retail carts.

ADMI, Inc. has developed some of the world's most iconic retail stores. We have managed retail roll-outs for Apple, Sony, Microsoft, and others. Our work for Apple included 12 flagship stores in Europe, Asia, and North America. For the last 5 years ADMI, Inc. has been the Project and Program Manager for the Microsoft Retail Program. The fast-paced world of retail adds a whole different level to the importance of open communication and rapid-response resolution skills. We have met every opening date and been within or under budget on every project.

# THE ADMI TEAM TAKES PRIDE THAT OUR SKILLS AND EXPERIENCE ARE A STRATEGIC ASSET FOR OUR CLIENTS.

*"…coupled with the knowledge acquired from smaller scale projects, we have a keen understanding of how to cultivate the guest experience."*





# ADMI EXPERIENCE - RETAIL

















ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2015



# ADMI EXPERIENCE - RETAIL













ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2015



**ADMI EXPERIENCE - RETAIL**








ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2015



**ADMI'S RADIAL INFLUENCE**

With over 80 employees residing in 13 states throughout the US, ADMI anticipates staff productivity & project execution to reach a  radial driving distance of 250 miles before air travel to occur.



Approximate ADMI, Inc. Staff / State Locations

ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2015



**EXECUTIVE EXPERIENCE**

**REPRESENTING DECADES OF COMBINED PROFESSIONAL EXPERIENCE**, ADMI'S EXECUTIVES HAVE THE KNOWLEDGE AND EXPERIENCE TO TRANSFORM A SIMPLE IDEA INTO A REALIZED GOAL WITH PRECISION AND IMAGINATION.

- ADMI's Executives consistently deliver results through sensible management of capital investments, principled approach to business, focused on high ethical standards and a dedication to providing unparalleled reliability, integrity and quality development services.

- ADMI's Executives have developed a core following of clients dedicated to their involvement in the expansion of brands domestically and internationally by establishing meaningful principle-based, team strategies.

- The Executives' collective portfolio experience encompasses more than $20 billion of commercial real estate developments, including more than 179,000 rooms for the world's foremost hospitality and leisure companies.

- The Executives' depth of services and reputation for consistently delivering value-driven results makes ADMI a sought-after partner for the world's elite hospitality, retail, and entertainment firms.



GRAND CALIFORNIAN



ADMI, Inc. Confidential and Proprietary Information © ADMI, California 2015





**ALLEN D. MOYER,**
PRESIDENT AND CEO ADMI, INC.

*For more than twenty-five years, Allen Moyer has been a creative leader in the development, design, project management and construction of hospitality, retail, commercial and themed entertainment facilities for some of the world's most recognized brands, including Apple Computer, Sony and The Walt Disney Company.*

*Mr. Moyer led Apple's real estate and development efforts, where he managed a $260 million annual budget and an international portfolio of six million square feet. Mr. Moyer also oversaw the innovative design and construction rollout program for the company's successful launch of the Apple Store retail concept.*

*As a senior vice president with Sony, Mr. Moyer helped launch Sony Development and was responsible for the design and build-out of the company's Retail Entertainment Centers throughout the world, including Sony Metreon in San Francisco, Odaiba Japan and Berlin, Germany.*

*Earlier in his career, Mr. Moyer served as a senior vice president with Walt Disney Imagineering, where he was responsible for the development of approximately $3.3 billion of Disney-quality destinations, including the direction of the design and construction efforts for the Euro Disneyland expansion and the initial development of Disney-MGM Studios Europe. During his 13-year Disney career, Mr. Moyer also participated in the development of the $90 million Living Seas Pavilion at Epcot Center, the Wonders of Life Pavilion at Epcot, the nighttime entertainment complex Pleasure Island and the 50-acre Typhoon Lagoon, Walt Disney World's aquatic playground.*

*Mr. Moyer earned a bachelor's degree in design with a minor in real estate and land planning from the University of Florida's School of Architecture, where he also was awarded a Master of Architecture degree.*





**CONTACT INFORMATION**

## Morgan Hill, California

*Headquarters*

18525 Sutter Blvd, Suite 290

Morgan Hill, CA 95037

(408) 776-0021



