**Exhibit "G"**

Date
Letter/Email to SI Resort Database Contact List
Address
City, State Zip Code

Subject: ADMI/Joseph Cellura

To: Mr., Ms. or Mrs. XXXXXX

It has come to our attention that in earlier January 2021, Joseph Cellura began making unauthorized representation that he was the Chairman and an officer of, ADMI, Inc. Thereafter, he began a campaign in which he used ADMI's company website, brand and accomplishments to create the fallacy that he and others participated in the projects noted on ADMI's company website and marketing material. These misrepresentations were made in order to impress your office and subsequently obtain the use of the name Sports Illustrated Resorts from Authentic Brands Group.

It is with enormous regret that we must inform you that Joseph Cellura, deceived you and others, he has never worked for ADMI. He has never participated in any of ADMI's Hospitality, Entertainment, Retail or Commercial projects or initiatives. ADMI was formed in 1999 and since that time Mr. Moyer has been the sole officer, director and shareholder of the company.  To be clear, Cellura has never had any involvement with ADMI. It is unlikely that he has any real experience in the industry.

We can assure you that we intend to pursue the damage Cellura, his associates and affiliates has or may have caused ADMI or Allen Moyer personally, to the fullest extent of the law.

The intent of this letter is to make assurance that you do not engage in business with Cellura with the understanding that he does not hold any role or position in ADMI.  To be clear, he has never held any job, title, or authority with ADMI.  Mr. Cellura has no authority to act on behalf of ADMI in any capacity.

Once again, our sincerious apologies, should you require a further conversation, we have provided our contact information as follows. Mr. Moyer would be delighted to speak with you personally, should you desire.

Sincerely,



Irvine, California 92618