# Exhibit "A"

**Jose Marin** <jose@josemarinlaw.com>
To:Douglas R. Dollinger, ESQ.
Thu, Sep 21 at 4:18 PM

Sent from iPhone

---------- Forwarded message ---------
From: **Proof** <noreply@proofserve.com>
Date: Thu, Sep 21, 2023 at 05:00
Subject: New & Unread Notifications
To: Jose Marin <jose@josemarinlaw.com>



Hi Jose,

We noticed you have some new notifications that have been unread for a while. We're emailing them to you to make sure you don't miss them:

**Tonda Donald** made a serve attempt on your job:  Job: Allen D. Moyer
Billing #: MOYER et al. v. CELLURA

Unsuccessful serve attempt at 12300 Highland Estates, , San Martin, CA 95046.

View Job

**Tonda Donald** made a serve attempt on your job:  Job: Allen D. Moyer
Billing #: MOYER et al. v. CELLURA

Unsuccessful serve attempt at 12300 Highland Estates, , San Martin, CA 95046.

View Job

**Tonda Donald** sent you a message:  Job: Allen D. Moyer
Billing #: MOYER et al. v. CELLURA

9/19-There is no access to this residence address. There seems to be 3 separate driveways and call boxes and there was no answer. It rang and rang. 9/20-There is no access to this residence address. No one answered the call box. I could see a car parked in the driveway and a light on inside. Would have a phone number to provide for the servee? Thank you