


# California Secretary of State
## Electronic Filing

## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | ADMI, INC. |
| Entity (File) Number: | C2164860 |
| File Date: | 03/09/2022 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | H312460 |

**Detailed Filing Information**

1. Entity Name: ADMI, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      18525 Sutter Blvd Ste 290
      Morgan Hill, California 95037
      United States of America

   b. Mailing Address:
      18525 Sutter Blvd Ste 290
      Morgan Hill, California 95037
      United States of America

   c. Street Address of Principal Executive Office:
      18525 Sutter Blvd Ste 290
      Morgan Hill, California 95037
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Allen Moyer
      18525 Sutter Blvd Ste 290
      Morgan Hill, California 95037
      United States of America

   b. Secretary:
      Allen Moyer
      18525 Sutter Blvd Ste 290
      Morgan Hill, California 95037
      United States of America

Document ID: H312460

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:  Allen Moyer
18525 Sutter Blvd Ste 290
Morgan Hill, California 95037
United States of America

4. Director:  Allen Moyer
18525 Sutter Blvd Ste 290
Morgan Hill, California 95037
United States of America

Number of Vacancies on the Board of Directors:  0

5. Agent for Service of Process:  Allen Moyer
18525 Sutter Blvd Ste 290
Morgan Hill, California 95037
United States of America

6. Type of Business:  Project Management

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:  Pamela Tallada

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: H312460