UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMI INC, TARSIN MOBILE INC., and JOSEPH R. CELLURA   Plaintiff,

-against-

ALLEN D. MOYER and ADMI INCORPORATED   Defendant.

22-9339/ALC

____cv_____ (    )

ORDER FOR ADMISSION
PRO HAC VICE
(SPECIAL APPEARANCE ONLY)

The motion of Chad A. Trainer, Esq, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California and New York; and that his/her contact information is as follows (please print):

Applicant's Name: Chad A. Trainer, Esq
Firm Name: Khouri Law Firm, APC
Address: 101 Pacifica, Suite 380
City / State / Zip: Irvine, California 92618
Telephone / Fax: (949) 336-2433

Applicant having requested admission Pro Hac Vice to SPECIALLY APPEAR as counsel for Allen D. Moyer and ADMI Incorporated in the above entitled action; FOR THE PURPOSE OF CHALLENGING PERSONAL JURISDICTION

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/30/23

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE