**COURTESY COPY**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R, CELLLURA and JOSEPH R. CELLURA, Individually,<br><br>Plaintiffs,<br><br>VS.<br><br>ALLEN D. MOYER, ADMI INCORPORATED AND DOES 1-2,<br><br>Defendants. | Case No.: 22-cv-9339/ALC<br><br>**Plaintiffs' Motion for a Finding That Substitute Service of Process has been Perfected or Alternatively for an Order Enlarging Their Time and Granting Plaintiffs' Permission to Service Process via the Defendants' e-mails.** |

COMES NOW Plaintiffs ADMI Inc., ("ADMI-NV"), Tarsin Mobile Inc.,("TMIX") and Joseph R. Cellura ("Cellura") by and through their counsel of record, as and for their Sptember 11, 2023, filed Amended Complaint against, Allen D. Moyer ("Moyer") and ADMI Incorporated ("ADMI-CA", for an order finding that substitute service of process has been perfected, or alternatively for an order enlarging their time to December 31, 2023, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure granting the Plaintiffs the right to use email service as authorized by New York's Civil Practice Rules 308(5) with service upon the Defendants' attorneys of record in this matter .

This motion is based on the following grounds:

This Motion is supported by a concurrently filed Memorandum of Law in support of the Plaintiffs' Motion for email service together with a supporting Declaration of Counsel Douglas R. Dollinger.

**WHEREFORE,** the Plaintiffs seek relief in an Order finding service has been complete and in he alternative enlarging their time for service or their Amended Summons and Complaint granting service pursuant to Rule 4(e) and New York's CPLR 308(5).

Dated: November 30, 2023.	Respectfully submitted,

_Douglas R. Dollinger, Esq._
Douglas R. Dollinger, Esq.
NYS Bar Code 2354926
Law Offices of Douglas R. Dollinger, PC
570 County Rt 49
Middletown, New York 10940
Phone | 845.741.9363
Email ddollingeresq@gmial.com
Attorney for Plaintiffs