EXHIBIT "B"

# UNITED STATES DISTRICT COURT

for the
Southern District of New York

| | |
|---|---|
| **ADMI INC, TARSIN MOBILE INC., by their CEO JOSEPH AND JOSEPH R. CELLURA, Individually** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-09339-ALC |
| | ) |
| | ) |
| **ALLEN D. MOYER and ADMI, INCORPORATED, AND DOES 1-2,** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF NONSERVICE

I, Krista Cantu, being duly sworn, state:

The undersigned being duly sworn, deposes and says:Krista Cantu  is not a party to the action, is over 18 years of age and resides at  821 Lawrence Drive, Gilroy CA  .

After careful inquiry and diligent attempts, I was unable to serve Allen D. Moyer as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: September 19, 2023 6:44 pm
Address: 12300 Highland Estates, San Martin, CA 95046
Photo: None
Description of attempt:  There is no access to this residence address. There seems to be 3 separate driveways and call boxes and there was no answer. It rang and rang.

Serve Attempt #2
Date / Time: September 20, 2023 7:08 am
Address: 12300 Highland Estates, San Martin, CA 95046
Photo: None
Description of attempt: There is no access to this residence address. No one answered the call box. I could see a car parked in the driveway and a light on inside.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

*Krista Cantu*

_____
Signature

Executed in  CA  _____ ,  Server Name: Krista Cantu

state  _____ on  09/25/2023 _____ .  License#:

Proof Job #365023                    MOYER et al. v. CELLURA                    Page 2