# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **ADML INC., TARSIN MOBILE INC., by their CEO, JOSEPH R.CELLURA and JOSEPH R. CELLURA, Individually** ) ) ) *Plaintiff* ) ) v. ) ) ) **ALLEN D. MOYER, ADMI, INCORPORATED., AND DOES 1-2** ) ) *Defendant* | Civil Action No. 1:22-cv-09339-ALC |

## AFFIDAVIT OF NONSERVICE

I, Krista Cantu - Santa Clara, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Krista Cantu - Santa Clara is not a party to the action, is over 18 years of age and resides at 821 Lawrence Drive, GIlroy CA 95020.

After careful inquiry and diligent attempts, I was unable to serve ADMI, INCORPORATED as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: October 19, 2023 5:08 am
Address: 12300 Highland Estates, San Martin, CA 95046
Photo: None
Description of attempt: The house is dark inside. No lights on inside. No cars were present.

Serve Attempt #2
Date / Time: October 19, 2023 6:21 am
Address: 12300 Highland Estates, San Martin, CA 95046
Photo: None
Description of attempt: There are a lot of lights that have been turned on inside the house.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Krista Cantu*

Executed in San Jose,
Signature
Server Name: Krista Cantu - Santa Clara
CA  on  October 25 2023 .
License#: PS1702