EXHIBIT "D"

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **ADML INC., TARSIN MOBILE INC., by their CEO, JOSEPH R.CELLURA and JOSEPH R. CELLURA, Individually**<br><br>*Plaintiff*<br><br>v.<br><br>**ALLEN D. MOYER, ADMI, INCORPORATED., AND DOES 1-2**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-09339-ALC<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

Edgar Santos - Santa Clara, being sworn deposes that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of __CA_____. That on October 19, 2023, at 10:07 am at 12300 Highland Estates, San Martin, CA 95046, Deponent served the within Exhibit F, Exhibit H, Exhibit C, Exhibit B, Exhibit D, Amended Civil Complaint, Exhibit I, Amended Summons, Exhibit G, Exhibit J, Exhibit A, Exhibit E-4, Exhibit E-1, Exhibit E-3, Exhibit E-2, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: ADMI, INCORPORATED, Defendant therein named, (hereinafter referred to as "subject") by leaving the following documents with John Doe (refused name) who as Caretaker/Co-Resident of the Registered Agent is authorized by appointment or by law to receive service of process for ADMI, INCORPORATED. First class mailing was completed on October 19, 2023 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Additional Description:
The man returned and saw me. I yelled out to him, and he started to walk away. I announced service to him and left the documents past one of the gates on the inside of the property. The man was wearing a hat and mask.

Hispanic or Latino Male, est. age , glasses: N, Other hair, Unknown, 5' 9" to 6'.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who

is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

Executed in San Jose, CA on 10/25/2023.

/s/ Edgar Santos
Signature
Server Name: Edgar Santos - Santa Clara
License#: 1827

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA

Below are my previous attempts at serving ADMI, INCORPORATED:

Date / Time: October 19, 2023 7:00 am
Address: 12300 Highland Estates, San Martin, CA 95046
Description: Lights inside have gone off. No cars in or out.

Date / Time: October 19, 2023 8:06 am
Address: 12300 Highland Estates, San Martin, CA 95046
Description: No one has been in and out. Lights are off inside.

Date / Time: October 19, 2023 8:30 am
Address: 12300 Highland Estates, San Martin, CA 95046
Description: A man showed up in the front of the house. He was cleaning it up. I yelled out to him about five times, and he could hear me. The neighbors across the street could hear me. The man was ignoring me. After a while, he went to the back, and then he left. The neighbor pointed out that he was leaving in his truck from a back entrance.

Date / Time: October 19, 2023 9:45 am
Address: 12300 Highland Estates, San Martin, CA 95046
Description: The neighbor said the subject was here yesterday, and his wife used to live here too, but she left him. She said he knows he's getting served and is definitely avoiding. She said he's probably parking his car somewhere else, and there is a back entrance to the house. She said they would have to bring their horses in sometimes so someone would return. Also that we should check the back of the house. I went to the back and saw multiple cars and horses.