UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADMI INCORPORATED, TARSIN
MOBILE INC., and JOSEPH R. CELLURA,

                    Plaintiffs,                    1:22-cv-09339 (ALC)

    -against-                         **ORDER**

ALLEN D. MOYER, and ADMI INC.,

                   Defendants.
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., District Judge:**

       On December 5, 2023, this Court granted Plaintiffs an extension of time to December 31, 2023 to serve the Amended Summons and Complaint on Defendants by email, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure as authorized by New York's Civil Practice Rules 308(5), at their unique email address http://www.admii.com-&- amoyer@admii.com, and by personal service to Defendants' attorneys. ECF No. 63. Plaintiffs are **ORDERED** to file proof of service.

**SO ORDERED.**

**Dated: January 2, 2024**
       **New York, New York**                             **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**