**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**TARSIN MOBILE INC., ET AL,**                                    :
                                                                 :
                                       **Plaintiffs,**    :        **22-cv-09339 (ALC)**
                                                                 :
            **-against-**                                :        **AMENDED CONFERENCE**
                                                                 :        **ORDER**
**ADMI INCOPORATED, ET. AL.,**                   :
                                       **Defendants.**   :
                                                                 :
                                                                 ;

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

This Court is in receipt of Defendants' letter dated November 26, 2025 seeking an

adjournment of the status conference currently scheduled for December 2, 2025. Defendants'

request is hereby **GRANTED**. The conference currently scheduled for December 2, 2025 at

10:45 AM ET is adjourned to **January 9, 2026 at 4 PM ET** and will take place telephonically.

All parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370

0226#). Defense Counsel shall file his letter on the docket no later than December 5, 2025.

**SO ORDERED.**

**Dated:** December 1, 2025                            _____

       **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**