*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*

**Telephone**
845.741.9363

**Affiliated Offices**
San Fransico California
New York City New York

Admitted to Both
State and Federal Practice

570 County Route 49
Middletown, New York 10940
ddollingeresq@gmail.com

March 10, 2026

**Via ECF and Email**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, NY 10007
**ALCarterNYSDChambers@nysd.uscourts.gov**

Re: ADMI-Cellura vs Moyer-ADMI Corp.
Case No.: 22-cv-09339-ALC
Status Report

Your Honor:

I write on behalf of Plaintiff regarding the above-referenced matter. The parties have made efforts to resolve the issues raised IN the pending motions; however, despite those efforts, the parties have been unable to reach an agreement to settle at this time.

Accordingly, Plaintiff respectfully requests that the pending motions be deemed fully submitted and that the Court decide the motions based upon the papers before it and any other materials currently before the Court.

Thank you for the Court's time and consideration.

Respectfully submitted,
*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.
Attorney for Plaintiffs

**cc:** All Counsel of Record (via ECF-Email)