March 11, 2026

**SPECIAL APPEARANCE ONLY**
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: ADMI, et al. v. Moyer, et al. NYSD Case No. 1:22-CV-09339-ALC

Your Honor:

I am in receipt of Mr. Dollinger's letter to the Court dated today, March 11, 2026.

I believe Mr. Dollinger's letter requires some clarification. Mr. Dollinger did not consult with me on whether the Court should decide the pending motions. I take no position on when the Court should rule on anything. Such a decision is the Court's business—not mine and not Mr. Dollinger's.

Moreover, the Court ruled on most of the motions during the last telephonic conference. My recollection is the only pending motions are Defendant's motion to dismiss for lack of personal jurisdiction and Defendant's motion to dismiss for lack of prosecution.

Respectfully submitted,
KHOURI LAW FIRM, APC

Michael J. Khouri

Michael J. Khouri [CA SBN 97654]
KHOURI LAW FIRM, APC
101 Pacifica, Suite 380
Irvine, California 92618
(949) 336-2433
(949) 387-0044 Fax
mkhouri@khourilaw.com
Attorney for Defendants,
ALLEN D. MOYER,
ADMI INCORPORATED